IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET KUHERT                           :    CIVIL ACTION NO. 02-2979

                                          :

        vs.                               :

WAL-MART STORES, INC.                     :


**ORDER REFERRING CASE TO ARBITRATION AND APPOINTING ARBITRATORS**

        AND NOW, this          day of                          , 2002, it is hereby

        ORDERED, pursuant to Local Civil Rule 53.2, Section 4(a), that the above civil action is herewith
referred to arbitration and

        Chairman          EUGENE CIPRIANI, ESQ.
        Arbitrator        RICHARD GLASSMAN, ESQ.
        Arbitrator        WILLIAM RICE, ESQ.

having been selected at random by the arbitration clerk from among those certified as arbitrators, shall hear this case at
9:30 am, Thursday, October 24, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD
IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM
339 FOR YOUR ROOM ASSIGNMENT**, pursuant to a notice which shall this day be mailed by the arbitration clerk
to all counsel of record and the arbitrators, the arbitrators being authorized to change the time and date of the arbitration
hearing provided the hearing is commenced within 30 days of the hearing date set forth in this order (continuances beyond
this 30 day period must be approved by the court) and the clerk of court is notified of the change; and it is

        FURTHER ORDERED, that all documentary evidence shall be marked in advance and exchanged,
except for impeaching documents; and that the above designated chairman shall file with the clerk of court the arbitration
award after the hearing is concluded.

        The failure of counsel to promptly advise the arbitrators and the Arbitration Section of the Clerk's
Office of the settlement or other final disposition of this case may result in appropriate discipline by the Court pursuant
to Local Civil Rule 83.6.1.


                                BY THE COURT



                                _____
                                HONORABLE EDUARDO C. ROBRENO


ARB1.FRM